IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:24-cr-208-MOC |
| ) | **BILL OF INDICTMENT** |
| ) | |
| vs. ) | Violations: 18 U.S.C. § 371 |
| ) | 18 U.S.C. § 2113(a), (d) |
| ) | 18 U.S.C. § 924(c)(1)(A)(ii) |
| MICHAEL MALIK PRINGLE, JR. ) | 18 U.S.C. § 2 |
| ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Conspiracy to Commit Bank Robbery)*

On or about May 2, 2024, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**MICHAEL MALIK PRINGLE, JR,**

did unlawfully, knowingly and willfully conspire and agree with another person known to the Grand Jury to take by force and violence and by intimidation from the person and presence of employees of the Wells Fargo Bank, 9420 Pineville-Matthews Road, Pineville, North Carolina, United States currency, belonging to and in the care, custody, control management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing said offense, to assault and put in jeopardy the lives of said employees by means and use of a dangerous weapon, that is a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d).

**MANNER AND MEANS**

It was part of the conspiracy that the co-conspirators planned to and robbed the Wells Fargo Bank, 9420 Pineville-Matthews Road, Pineville, North Carolina, through the use of a handgun.

**OVERT ACTS**

In furtherance of the conspiracy and to effect the objects thereof, the co-conspirators committed at least one of the following overt acts, among others, in the Western District of North Carolina:

1. On or about May 2, 2024, defendant **MICHAEL MALIK PRINGLE, JR** and "M.D.M") travelled by car to a Wells Fargo bank in Pineville, North Carolina.
2. On or about May 2, 2024, defendant **MICHAEL MALIK PRINGLE, JR,** provided "M.D.M" with a Glock 43 firearm for him to use in performing a bank robbery.
3. On or about May 2, 2024, "M.D.M" entered the Wells Fargo Bank located at 9420 Pineville-Matthews Road, Pineville, North Carolina, and robbed employees of the bank.
4. On or about May 2, 2024, following the bank robbery, defendant **MICHAEL MALIK PRINGLE, JR**, picked up "M.D.M" at a location near the Wells Fargo Bank, located at 9420 Pineville-Matthews Road, Pineville, North Carolina, and drove to Charlotte, North Carolina.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
*(Bank Robbery)*

On or about May 2, 2024, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**MICHAEL MALIK PRINGLE, JR,**

aiding and abetting another person, known to the grand jury, by force and violence and by intimidation, did knowingly take from the person and presence of employees of the Wells Fargo Bank, 9420 Pineville-Matthews Road, Pineville, North Carolina, approximately $18,388 in United Stares currency, belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing said offense, did assault and did put in jeopardy the lives of said employees by means and use of a dangerous weapon, that is, a firearm.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d), and 2.

## COUNT THREE
*(Possession of a Firearm in Furtherance of a Crime of Violence)*

On or about May 2, 2024, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**MICHAEL MALIK PRINGLE, JR,**

during and in relation to a crime of violence, that is, armed bank robbery, a violation of Title 18, United States Code, Sections 2113(a) and (d), as set forth in Count Two of this Bill of Indictment, for which the Defendant may be prosecuted in a court of the United States, did knowingly and unlawfully use and carry a firearm, that is, a Glock 43 handgun, and in furtherance of such crime of violence, did possess said firearm, and did aid and abet another in said offense.

It is further alleged that said firearm was brandished in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

All in violation of Title 18, United States Code, Sections 924(c) and 2.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## NOTICE OF FORFEITURE
## AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 924 and/or 2461(c):

a) All property which constitutes or is derived from proceeds of the violation set forth in this Bill of Indictment;

b) If, as set forth in 21 U.S.C. § 853(p), any property described in (a) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. Approximately $18,388 in U.S. currency, seized on or about May 2, 2024;
b. One Glock 43 handgun, extended magazine, and ammunition seized on or about May 2, 2024.

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY