IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL MALIK PRINGLE JR. <br><br> Defendant. | 3:24CR00208-MOC |

## **MOTION TO CONTINUE TRIAL DATE**

Michael Malik Pringle Jr., ("Mr. Pringle") by and through his counsel of record, CARSON SMITH, Assistant Federal Public Defender, respectfully requests that this Court continue the time for commencement of trial pursuant to the applicable provisions of 18 U.S.C. § 3161. As grounds therefore, it is averred:

1. Mr. Pringle made his initial appearance on **November 8, 2024,** on a Three (3) Count Indictment charging him with violating 18 U.S.C. § 371 for conspiracy, 18 U.S.C. § 2113(a) and 2113(d) for bank robbery, and 18 U.S.C. § 924(c) for possession of a firearm in furtherance of a crime of violence.

2. Mr. Pringle's Arraignment and Detention Hearing were heard on **November 21, 2024,** and Defendant was ordered detained at that time.

3. This matter is currently scheduled for a Status Conference on **December 30, 2024,** at 9:00 A.M. and Docket Call on **January 6, 2025,** at 9:30 A.M. before this Honorable Court.

4. Counsel will need additional time to review discovery with Mr. Pringle and otherwise prepare for trial, or in the alternative, to research the legal and factual issues surrounding

1

Mr. Pringle's criminal history in order to advise him of his likely sentencing outcome upon a plea, or in the event he is convicted at trial.

5. The government has no objection to this motion.

**WHEREFORE**, Michael Malik Pringle Jr. requests that the time of his trial be continued to this Court's next Criminal Term.

Respectfully submitted,

*Carson Smith*

Carson Smith
Assistant Federal Defender
Federal Defenders of Western North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: carson_smith@fd.org

*Counsel for Michael Malik Pringle Jr.*

Dated: November 25, 2024